**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: Mayra Rivero                                    Case No: 12-22249-RAM
                                                       Chapter 13
    Debtor
_____/

**MOTION TO COMPEL BANK OF AMERICA TO HONOR COURT APPROVED PERMANENT LOAN MODIFICATION PROVIDED BY LANDER AND/FOR SANCTIONS AND ATTORNEY FEES**

    COMES NOW, the Debtor, Mayra Rivero by and through her undersigned counsel files this MOTION TO COMPEL BANK OF AMERICA TO HONOR COURT APPROVED PERMANENT LOAN MODIFICATION PROVIDED BY LANDER AND/FOR SANCTIONS AND ATTORNEY FEES and as grounds states:

1. This is a confirmed Chapter 13 case.
2. The Debtor's homestead property is held solely by the Debtor.
3. The Creditor/Lender on the First Mortgage on the Homestead Property is Bank of America.
4. The Debtor entered into a Temporary Loan modification and made payments to the Lender direct.
5. After successful completion of the Temporary Modification the Defendant qualified and was approved for a Permanent Loan Modification by Bank of America.
6. Attached is a copy of the Permanent Loan Modification sent by the creditor Bank of America . (exhibit 1)
7. On or about, December 12th 2012, The Debtor fully executed and returned to Bank of America the executed Permanent Loan Modification.
8. After execution and delivery of the Permanent Loan Modification  Bank of America requested that the Debtor obtain Court approval by the Bankruptcy Court of the Modification.

9. The Debtor filed a Motion for approval of the Permanent Modification [DE 36]
10. Said Motion was heard on or about April 9, 2013.
11. This Honorable Court entered an Order Approving Loan Modification on or about May 8, 2013 [DE41].
12. The Debtor has been making payments monthly without interruption since January 2013 towards the Lender provided and approved Permanent Loan Modification (this does not even include the temporary loan modification payments that the Debtor paid and Lender accepted prior to Permanent Loan Modification.
13. The Debtor had difficulty with the lender, as English is not her first language and in that she sent payments directly from her checkbook and the Lender to be returned said not because the default was not cured but rather they were insisting on receiving certified funds.
14. The Debtor complied and resent the checks Certified pursuant to the Lender's request, these Cashier Check payments through July, 2013 were never returned to the Debtor.
15. The Lender/Creditor Bank of America accepted and cashed all payments from January, 2013 to July 2013 without incident and the debtor has not missed an single payment.
16. In August of 2013, the Debtor received a letter from Bank of America returning the Modification payment stating that the she was in default as to the original amount owed.
17. No mention of the Permanent Loan Modification was made.
18. The Defendant resent the funds for the month of August and the funds were cashed by the Lender.
19. Since the month of August, the Lender has been consistently returning the Debtor modification payments alleging that it does not cure the default, again no letter makes mention of the Permanent Loan Modification Agreement.  (See Exhibit 2)

20. Undersigned counsel inquired with the Creditor/Lender's modification division as to the issue only to be told that they have no record of any modification being executed and/or approved by Bank of America.
21. On or about September, 2013, undersigned counsel sent a representative of Bank of America an email with documentation and requesting an investigation.
22. The position of Bank of America is that they will not Honor the Court approved modification (as it does not exist).
23. The Debtor is seeking assistance from the Court as neither the Debtor nor undersigned counsel has been able to resolve the situation with the Lender/Creditor, Bank of America for many months now.
24. The Debtor seeks to have this Honorable Court compel Bank of America to acknowledge the Permanent modification and continue to accept payments on the Permanent Loan Modification that the Lender required this Court to approve.
25. In the alternative, that this Court compel the Creditor/Lender Bank of Americas to provide adequate response to the Debtor as to their inability to properly process payments on the executed Permanent Loan Modification.
26. The Debtor has been forced to file this Motion with the Court as a direct and proximate result of the Creditor/Lender , Bank of America's actions.
27. Debtor's counsel should be awarded attorney fees and costs with regard to this Motion.
28. The Creditor/Lender Bank of America should be sanctioned for their actions in this regard.

Wherefore the Debtor, respectfully request that this Honorable Court:
a. Compel the Creditor/Lender Bank of America to Honor the Permanent Loan Modification prepared by them and properly executed by the Debtor.
b. Award Attorney fees and costs to Debtor's Counsel as a direct and proximate result of their actions.
c. Sanctions to the Creditor/Lender Bank of America for their actions.
d. Award any and all other provisions to Court deems, just and advisable in this matter.

e. Or in the alternative, require that the Creditor/Lender, Bank of America appoint a point person with regard to this matter and require that they provide an adequate response to their acceptance and then rejection of a Permanent Loan Modification provided by them and requiring that this Honorable Court approve said Modification.

f. Or in the alternative, to allow the Debtor to participate in the Bankruptcy Courts LMM program.

g. And order any and all provisions deemed appropriate, just and/or proper in this matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, to Nancy Neidich  Trustee via ECF and all parties of record listed registered via NEF in the above referenced case and all other parties  listed in the matrix that have not registered in the NEF via U.S. Mail  on this 8th  day of December, 2013.

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

/s/  Teresa M. Alvarez, Esq.
TERESA M. ALVAREZ P.A
6780 Coral Way
Miami, Florida 33155
FBN 976377
(305) 667-3040
E-mail:ecf@teresaalvarezpa.com